In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, etc. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 424–428 East 52nd Street, Borough of Manhattan, County of New York, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY under Guarantee No. 212,228. In the Matter of the Application of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK, etc. WEXFORD REALTY CORPORATION, Appellant; MANUFACTURERS TRUST COMPANY and CHRISTOPHER W. WILSON, Trustees, Respondents.— Appeal from order denying application of trustees under a certificated mortgage for permission to execute an agreement of extension of the mortgage for a period of five years. Order modified on the law and the facts by striking from the first ordering paragraph the word " denied " and substituting in place thereof the word " granted." As thus modified, the order is affirmed, without costs. Upon the facts contained in this record, the denial of the application was an improvident exercise of discretion. Whether or not the application should have been granted can be determined only upon facts presented to the court in written form. The Special Term's discretion may not be moved by facts or opinions which are not made part of the record. If reliance is to be placed upon such matter it should be reduced to writing and filed so that it can be made the subject of scrutiny, with resultant rejection or approval. The evidentiary facts herein, in so far as they are not the subject of dispute, required a holding under the peculiar circumstances obtaining herein that the trustees' application for permission to make the extension agreement should be approved. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of MARIE STAHL for an Order Directing the COUNTY TREASURER OF SUFFOLK COUNTY to Pay to the Petitioner an Award of Three Hundred Dollars, with Accrued Interest Covering Lot No. 1058, Map of Brookville Park, Town of Islip, Also Known as Parcel No. 8 in Map 1722 Suffolk County, State of New York; the Said Lot Having Heretofore Been Condemned by the County of Suffolk for County Highway Purposes. MARIE STAHL, Appellant; WOLPERT REALTY COMPANY, INC., Respondent.— In a proceeding brought for the condemnation of real property, order denying appellant's application for the payment to her by the county treasurer of Suffolk county of a certain award made to unknown owners in condemnation proceedings, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.